UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist. No. 1:25-mj-278 |
| v. | ) |
| | ) Charging Dist. No. 1:20-cr-00161 |
| | ) Western District of Michigan, Southern Div. |
| BENJAMIN JOHN JAGER II | ) |

# MEMORANDUM AND ORDER

Defendant Benjamin John Jager II ("Defendant") came before the Court on October 28, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure, for an initial appearance of Defendant on an arrest warrant and the Petition for Warrant or Summons for Offender Under Supervision out of the United States District Court, Western District of Michigan, Southern Division (the "Petition"). Those present for the hearing included:

(1) AUSA Frank Clark for the USA.
(2) The Defendant, Benjamin John Jager II.
(3) Attorney Michael Henry with Federal Defender Services of Eastern Tennessee, as appointed counsel for defendant.

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination under the Fifth Amendment and his right to counsel under the Sixth Amendment to the United States Constitution. The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at Government expense. Consequently, the Court **APPOINTED** Michael Henry of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant with respect to further proceedings in this case in the Eastern District of Tennessee.

Defendant was furnished with a copy of the arrest warrant and the Petition and had the opportunity of reviewing those documents with his attorney. The Court determined Defendant was capable of being able to read and understand the documents. At the Court's request, AUSA Clark explained to Defendant the offenses detailed in the Petition. Defendant acknowledged that he understood the offenses with which he is charged in the Petition.

The AUSA moved that Defendant be detained without bail pending a final hearing in the United States District Court for the Western District of Michigan, Southern Division. The Court explained to Defendant that he had a right to an identity hearing to determine whether he is the person named in the Petition, a right to production of the warrant, and any preliminary and/or detention hearing to which he may be entitled. The Court further explained to Defendant that he

1

had a right to transfer those proceedings to the charging district, which, in this case, is the United States District Court for the Western District of Michigan, Southern Division.

Defendant agreed to waive an identity hearing, production of the warrant, and a preliminary and/or detention hearing in this Court, and to request transfer of those proceedings to the United States District Court for the Western District of Michigan, Southern Division [*See* Doc. 5]. The Court confirmed that Defendant would be entitled to such proceedings in the charging district at a date and time set by that Court.

The Court therefore **ORDERS** that:

1. The Government's motion that Defendant be **DETAINED WITHOUT BOND** pending further proceedings in the United States District Court for the Western District of Michigan, Southern Division, is **GRANTED**.

2. The U.S. Marshal shall transport Defendant to the United States District Court for the Western District of Michigan, Southern Division.

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Western District of Michigan, Southern Division.

4. The Clerk of Court for the United States District Court for Western District of Michigan, Southern Division shall immediately notify the United States Attorney for such district of Defendant's arrival so that further proceedings may be promptly scheduled.

**SO ORDERED.**

s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE